**Order entered July 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00669-CV

---

## HOMEADVISOR, INC. AND ANGI HOMESERVICES INC., Appellants

### V.

## ZAK WADDELL AND ELIZABETH WADDELL, ET AL., Appellees

---

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06796**

---

## ORDER

This is an accelerated appeal from the trial court's order denying appellants' motion to compel arbitration. Before the Court is appellants' July 10, 2019 agreed motion for a thirty-day extension of time to file their brief. Appellants explain they are awaiting rulings from the trial court that "bear directly upon this appeal." We **GRANT** the motion as follows.

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing (1) a copy of the trial court's docket sheet; (2) any findings of fact and conclusions of law filed by the trial court or trial court order on appellants' request for findings and conclusions; and, (3) any order on appellants' motion to partially strike appellees' affidavits in response to appellants' motion to compel arbitration. If any of the requested items cannot be located, Ms. Pitre shall state so in writing. The supplemental clerk's record and/or requested

verification shall be filed no later than August 1, 2019.  Appellants' brief shall be filed within twenty days of the filing of the supplemental clerk's record and any written verification.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Maricela Moore, Presiding Judge of the 162nd Judicial District Court; Ms. Pitre; and, the parties.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE